IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.

| | |
|---|---|
| KEVIN LATTEN ) | |
| ) | |
| Plaintiff, ) | **NOTICE OF REMOVAL** |
| ) | **TO FEDERAL COURT** |
| vs. ) | |
| ) | |
| EVERBANK, N.A. ) | |
| ) | |
| Defendant. ) | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA:

**PLEASE TAKE NOTICE**, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, that Defendant EverBank, N.A., ("EverBank" or "Defendant") hereby gives Notice of Removal of the above-styled action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina (Case No. 24-cv-034837-590) to the United States District Court for the Western District of North Carolina, Charlotte Division. In support of this action, Defendant states as follows:

1. On July 26, 2024, Plaintiff Kevin Latten ("Plaintiff") commenced this *pro se* action against EverBank, which purports to allege: (1) violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*; (2) violations of the Family and Medical Leave Act (citation); (3) violations of state anti-discrimination law; (4) and violations of state tort law.

2. EverBank received a copy of a complaint filed by Plaintiff in that action, along with an incomplete summons dated March 7, 2025, on March 11, 2025.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after receipt by Defendant of a copy of the Complaint setting forth the claim for relief upon which this action is based.

4. Removal to this venue is proper under 28 U.S.C. § 1441(a) because this lawsuit was originally filed in Mecklenburg County, which is in the Charlotte Division of the United States District Court of the Western District of North Carolina.

5. This Court therefore has original jurisdiction under the provisions of 28 U.S.C. § 1332, because this civil action is between citizens of different states and the matter in controversy exceeds $75,000.

6. Plaintiff's complaint alleges he resides at 502 Cartgate Circle, Blythewood, South Carolina, 29016.

7. EverBank is a banking institution, authorized to do business in the State of North Carolina, with its principal place of business in the State of Florida. Therefore, EverBank is a citizen of the State of Florida for purposes of determining diversity of citizenship, both now and at the time of the filing of the lawsuit. 28 U.S.C. § 1332(c)(1).

8. Although Plaintiff does not allege a specific dollar amount in the complaint, based on the nature and extent of the claims asserted in this action, including Plaintiff's request for both compensatory and punitive damages, it is evident that the amount in controversy exceeds $75,000.

9. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, because the causes of action set forth in Plaintiff's Complaint arise under federal statute.

10. Removal is proper pursuant to 28 U.S.C. § 1441(a) insofar as the underlying action is a civil action arising under the Constitution, treaties or laws of the United States, namely Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* and the Family Medical Leave Act.

11. This Court has supplemental jurisdiction over all other claims under the provisions of 28 U.S.C. § 1367, as they arise from the same factual allegations and form part of the same case or controversy.

12. No admission of fact, law, or liability is intended by this Notice of Removal and all defenses, motions, and pleadings are expressly reserved.

13. Other than the Complaint, a copy of which is enclosed herewith as **Exhibit A**, there have been no pleadings, processes, or orders served upon Defendants in the state court action. See 28 U.S.C. § 1446(a).

14. **Exhibit B** to this Notice is a copy of the Notice to Plaintiff of Filing of Notice of Removal to Federal Court (without Exhibits).

15. **Exhibit C** to this Notice is a copy of the Notice to State Court of Removal to Federal Court (without Exhibits).

WHEREFORE, EverBank, N.A. respectfully request that the above-styled action pending in the North Carolina Superior Court, Mecklenburg County, be removed to this Court.

Respectfully submitted this 2nd day of April, 2025.

JOHNSTON, ALLISON & HORD, PA

_/s/ David E. Stevens_
Michael J. Hoefling NC State Bar 38246
mhoefling@jahlaw.com
David E. Stevens, NC State Bar 54706
dstevens@jahlaw.com
1065 Morehead St.
Charlotte, North Carolina 28204
Telephone: 704-998-2205
Facsimile: 704-376-1628
*Attorneys for Defendant*